# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| v. | : | Crim. No. 22- |
| ANTONIO TEIXEIRA | : | **WAIVER OF INDICTMENT** |

        I, Antonio Teixeira, the above-named defendant, who is charged with:

wire fraud conspiracy, in violation of Title 18, United States Code, Section 1349, and willfully attempting to evade and defeat a substantial part of the personal income tax due and owing to the United States, for the tax years 2014, 2015, 2016, 2017, and 2018, in violation of Title 26, United States Code, Section 7201, being advised of the nature of the charges, the proposed Information, and my rights, hereby waive in open court on 11/21/2022, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
ANTONIO TEIXEIRA

_____
JOHN LYNCH, ESQ.
Counsel for Defendant Antonio Teixeira

Before: _____
HONORABLE
UNITED STATES DISTRICT JUDGE