**UNITED STATED DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE:** NEWARK  **DATE:** 11/21/2022
**JUDGE:** JOHN MICHAEL VAZQUEZ
**COURT REPORTER:** Lisa A. Larsen

**TITLE OF CASE:**

**DOCKET #** 22-785

UNITED STATES OF AMERICA
      vs.

Antonio Teixeira

**APPEARANCES:**

Sean Farrell, AUSA
Lee Cortez, AUSA
John Lynch, Esq. for Defendant
Shanan DaSilva, Pretrial Officer

**Nature of Proceedings**:   WAIVER OF INDICTMENT & PLEA

Defendant sworn.
Waiver of indictment filed.
INFORMATION filed.
PLEA: GUILTY TO Count 1, 2-5, 6 of the information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Plea agreement to be entered.
Rule 11 filed.
Ordered sentencing set for 3/27/2023 at 10:30.
Bail set at $100,000 unsecured bond.

**Time Commenced: 2:00**
**Time Adjourned: 3:00**
**Total Time: 1:00**

                                              RoseMarie Olivieri
                                              SENIOR COURTROOM DEPUTY