# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 22-785 (JMV) |
| v. | : | |
| ANTONIO TEIXEIRA | : | **NOTICE OF APPEARANCE** |

      PLEASE TAKE NOTICE that Philip R. Sellinger, United States Attorney for the District of New Jersey, by Lee M. Cortes, Jr. (lee.cortes@usdoj.gov), Executive Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

    PHILIP R. SELLINGER
    United States Attorney

    */s/ Lee M. Cortes, Jr.*

    By: Lee M. Cortes, Jr.
    Executive Assistant U.S. Attorney

Dated:    December 5, 2022