# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br><br>ANTONIO TEIXEIRA | Criminal No. 22-785 (JMV)<br><br><br>**SENTENCING SUBMISSION NOTICE**<br>**OF THE UNITED STATES** |

Please be advised that, on July 17, 2023, the United States submitted sentencing materials to the Court in this case concerning defendant Antonio Teixeira.

PHILIP R. SELLINGER
United States Attorney

By:   _/s/ Lee M. Cortes, Jr._
Lee M. Cortes, Jr.
Executive Assistant U.S. Attorney