PROB 12A
(6/21)

# United States District Court
## for
## District of New Jersey
### Report on Individual Under Supervision

Name of Individual Under Supervision: Antonio TeixeiraCr.: 22-00785-001
PACTS #: 8258313

Name of Sentencing Judicial Officer:THE HONORABLE JOHN MICHAEL VAZQUEZ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/24/2023

Original Offense:Count One: Attempt and Conspiracy to Commit Fraud, 18 U.S.C. Sec. 1349, a Class C Felony
Count Two: Attempt to Evade or Defeat Tax, 26 U.S.C. Sec. 7201, a Class D Felony

Original Sentence: 36 months' probation

Special Conditions: Restitution - Money, Substance Abuse Testing/Treatment, Financial Disclosure, Cooperate with IRS, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Employment Requirements/Restrictions, Motor Vehicle Compliance

Type of Supervision: ProbationDate Supervision Commenced: 07/24/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | On November 15, 2023, Teixeira was drug tested at his place of residence and was positive for marijuana. |

U.S. Probation Officer Action:

Teixeira was verbally reprimanded for using marijuana. It should be noted that he is attending AA/NA meetings and is prescribed medication for depression and anxiety. He will discuss the use of medical marijuana with his psychiatrist. He reports as directed and complies with his location monitoring schedule. This noncompliance report will serve as a written reprimand and will be provided to him. At this time, we are not recommending any court action to be taken. We will continue to monitor his compliance and notify Your Honor of any additional noncompliance.

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

*Afonso Fernandes*
By:AFONSO A. FERNANDES
Senior U.S. Probation Officer

Prob 12A – page 2
Antonio Teixeira

/ aaf

APPROVED:

| *signature* for | 11/21/23 |
|---|---|
| KEVIN M. VILLA | Date |
| Supervising U.S. Probation Officer | |

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ No Formal Court Action to be Taken at This Time, only for this noncompliance report to serve as an official written reprimand (as recommended by the Probation Office)

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

November 27, 2023
Date