PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Antonio Teixeira                Cr.: 22-00785-001
                                                                      PACTS #: 8258313

Name of Sentencing Judicial Officer   THE HONORABLE JOHN MICHAEL VAZQUEZ
                                      UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:    THE HONORABLE ESTHER SALAS
                                      UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 07/24/2023

Original Offense:   Count One: Conspiracy to Commit Wire Fraud, 18 U.S.C. Sec.1349 [18 U.S.C. Sec. 1343], a Class C Felony
                    Count Two: Tax Evasion, 26 U.S.C. 7201, a Class D Felony

Original Sentence: 3 years probation

Special Conditions: Special Assessment, Restitution - Money, Alcohol Restrictions, Alcohol Treatment, Substance Abuse Testing, Drug Treatment, Financial Disclosure, Cooperate with IRS, Location Monitoring Program, Mental Health Treatment, Other Condition, No New Debt/Credit, Employment Requirements/Restrictions, Other Condition

Type of Supervision: Probation                       Date Supervision Commenced: 07/24/2023

## NONCOMPLIANCE SUMMARY

The individual under supervision has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   On March 11, 2024, Teixeira was drug tested at the Probation Office and was positive for marijuana.


U.S. Probation Officer Action:

Teixeira was verbally reprimanded for using marijuana. Teixeira reports having a New Jersey Medicinal Marijuana card and was instructed to provide it. He continues to take his prescribed medication for depression and anxiety. Since Teixeira was unable to secure a mental health evaluation through his primary care doctor, the probation office has referred him to Oaks Integrated Care for an assessment and services. Teixeira remains in compliance with all his other conditions of release. This noncompliance report will serve as a written reprimand and will be provided to him. At this time, we are not recommending any court action to be taken. If Mr. Teixeira provides a valid Medicinal Marijuana card and supporting medical documentation, we will provide same to the Court. We will continue to monitor his compliance and notify Your Honor of any additional noncompliance.

Prob 12A – page 2
Antonio Teixeira

Respectfully submitted,

SUSAN M. SMALLEY, Chief
U.S. Probation Officer

By:   AFONSO A. FERNANDES
Senior U.S. Probation Officer

/ aaf

APPROVED:

_____   04/16/2024
KEVIN M. VILLA                                   Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[✓]  No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ]  Submit a Request for Modifying the Conditions or Term of Supervision

[ ]  Submit a Request for Warrant or Summons

[ ]  Other

_____
Signature of Judicial Officer

April 16, 2024
Date